IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JAMIE RAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:05-CV-0353-T |
| | ) | WO |
| TALLAPOOSA COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on April 21, 2005 (Doc. 6), and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's claims against the Tallapoosa County Jail are dismissed with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

2. The Tallapoosa County Jail is dismissed from this cause of action.

3. The remaining claims for relief agains defendants Abbett, McMichael and Moss are referred back to the Magistrate Judge for appropriate proceedings.

DONE, this the 17th day of May, 2005.

                                                 /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE