IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JAMIE RAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:05-CV-353-T |
| | ) | WO |
| JIMMY ABBETT, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |
| JAMIE RAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:05-CV-381-T |
| | ) | WO |
| TALLAPOOSA COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On July 8, 2005, the Magistrate Judge filed a Recommendation in these cases to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby adopted;

2.	That these case are DISMISSED without prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to exhaust an available administrative remedy.

DONE, this the 24th day of August, 2005.

                                                  /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE