IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JAMIE RAY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:05-CV-353-T |
| | ) |    WO |
| JIMMY ABBETT, *et al.*, | ) | |
| | ) | |
|    Defendants | ) | |
| | ) | |
| | ) | |
| JAMIE RAY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:05-CV-381-T |
| | ) |    WO |
| TALLAPOOSA COUNTY JAIL, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, that these actions be and are hereby dismissed without prejudice.

DONE, this the 24th day of August, 2005.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE